Robert E. Sabido, OSB No. 96416
rsabido@cosgravelaw.com
W. Tab Wood, OSB No. 115404
twood@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
805 SW Broadway, 8th Floor
Portland, Oregon 97205
Telephone:   (503) 323-9000
Facsimile:   (503) 323-9019

Attorneys for Defendant West Asset Management, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| CLARK L. THURMAN and JANICE K. THURMAN,<br><br>        Plaintiffs,<br><br>    v.<br><br>WEST ASSET MANAGEMENT, INC., a Delaware corporation, and J.P. MORGAN CHASE BANK, N.A., a national association,<br><br>        Defendants. | Case No. 3:12-cv-01756-PK<br><br>**STIPULATED JUDGMENT OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between plaintiffs and defendant West Asset Management, Inc. ("WAM") that all of plaintiffs' claims against defendant WAM shall be dismissed with prejudice and without attorney fees or costs to any of those parties.

DATED: February 14, 2013

COSGRAVE VERGEER KESTER LLP

/s/ Kelly D. Jones
Kelly D. Jones, OSB No. 074217
Attorney for Plaintiffs

/s/ Robert E. Sabido
Robert E. Sabido, OSB No. 964168
Attorneys for Defendant
West Asset Management, Inc.

Page 1 - **STIPULATED JUDGMENT OF DISMISSAL**

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

1689709

Based on the stipulation above, it is

ADJUDGED that all of plaintiffs' claims against defendant WAM are dismissed with prejudice and without attorney fees or costs to any of those parties.

DATED: February 14, 2013

_____
Paul Papak
United States Magistrate Judge
Page 2 - **STIPULATED JUDGMENT OF DISMISSAL**

1689709

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing

**STIPULATED JUDGMENT OF DISMISSAL** on the date indicated below by:

☒     mail with postage prepaid, deposited in the US mail at Portland, Oregon,

☐     hand delivery,

☐     facsimile transmission,

☐     overnight delivery,

☒     electronic filing notification;

I further certify that said copy was placed in a sealed envelope delivered as indicated above and addressed to said attorney(s) at the address(es) listed below:

Kelly D. Jones
819 SE Morrison Street, Suite 255
Portland, OR 97214
    AND
Bret Knewtson
3000 NW Stucki Place, Suite 230-M
Hillsboro, OR 97124
    Attorneys for Plaintiffs

Pilar C. French
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204-3158
    Attorneys for Defendant J.P. Morgan Chase Bank

    DATED: February 14, 2013

                                        /s/ Robert E. Sabido
                                        Robert E. Sabido

Page 1 - **CERTIFICATE OF SERVICE**

COSGRAVE VERGEER KESTER LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, OR 97204
(503) 323-9000

1689709